IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY BIOFUNTIONAL INGREDIENTS, INC., | |
| Plaintiff, | Case No. 23-cv-276 JPG |
| v. | |
| BOLIN ENTERPRISES, INC., | |
| Defendant. | |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 2/11/2025        MONICA A. STUMP, Clerk of Court

                           *s/ Tina Gray, Deputy Clerk*


**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**